# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133640

HAROLD O. STEELE, III,
      Petitioner-Appellant,

v

                                          SC: 133640
                                          COA: 274087

DEPARTMENT OF CORRECTIONS,
      Respondent-Appellee.
                                          Ingham CC: 06-000788-AA

_____/

      On order of the Court, the application for leave to appeal the March 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007                                       _____

d0723                                                    Clerk